IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. URSINO, | No. CIV S-05-1815-FCD-CMK-P |
|     Plaintiff, | |
|   vs. | |
| PERRY RENIFF, | |
|     Defendant. | ORDER |
|                   / | |

      Plaintiff, an inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff did not, however, filed an in forma pauperis affidavit or pay the required filing fee. See 28 U.S.C. §§ 1914(a), 1915(a). On September 22, 2005, the court granted plaintiff an opportunity either to pay the fees or file an application for leave to proceed in forma pauperis. The court forwarded to plaintiff the court's form application to proceed in forma pauperis. On October 12, 2005, plaintiff submitted a document styled as an application to proceed in forma pauperis, which contained an affidavit of poverty as well as a certification from the prison trust account officer. The application, however, does not contain a certified copy of plaintiff's prison trust account statement. Plaintiff will be provided an additional opportunity either to pay the filing fees for this action or file a <u>completed</u> application to proceed in forma

pauperis <u>on the court's form</u>.  Plaintiff is warned that failure to comply with this order may result in dismissal of this action.  If plaintiff elects to seek in forma pauperis status, plaintiff is strongly encouraged to use toe form provided to make such application.

    Accordingly, IT IS HEREBY ORDERED that:

    1. Plaintiff shall submit, within thirty days from the date of this order, the full filing fees for this action or a <u>completed</u> application for leave to proceed in forma pauperis <u>on the form provided by the Clerk of Court</u>; and

    2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

DATED:  October 17, 2005.

                   /s/ Craig M. Kellison
                   **CRAIG M. KELLISON**
                   UNITED STATES MAGISTRATE JUDGE