IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. URSINO, | No. CIV S-05-1815-FCD-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| PERRY RENIFF, | |
| Defendant. | |
| _____/ | |

    Plaintiff, an inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff did not, however, file an in forma pauperis affidavit or pay the required filing fee.  See 28 U.S.C. §§ 1914(a), 1915(a).  On September 22, 2005, the court granted plaintiff an opportunity either to pay the fees or file an application for leave to proceed in forma pauperis.  The court forwarded to plaintiff the court's form application to proceed in forma pauperis.  On October 12, 2005, plaintiff submitted a document styled as an application to proceed in forma pauperis, which contained an affidavit of poverty as well as a certification from the prison trust account officer.  The application, however, did not contain a certified copy of plaintiff's prison/jail trust account statement.

///

1

On November 3, 2005, the court provided plaintiff an additional opportunity either to pay the filing fees for this action or file a <u>completed</u> application to proceed in forma pauperis <u>on the court's form</u>. Plaintiff was directed to comply within 30 days of the date of the order and was warned that failure to comply may result in dismissal of this action. On November 21, 2005, plaintiff submitted another application to proceed in forma pauperis. However, as with plaintiff's October 12, 2005, application, the current application does not contain a certified copy of plaintiff's prison/jail trust account statement.

Pursuant to 28 U.S.C. § 1915(a)(2), any prisoner seeking leave to proceed in forma pauperis ". . . shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the fling of the complaint . . ." Until plaintiff either pays the statutory filing fee or submits an application to proceed in forma pauperis <u>which satisfies this requirement</u>, this action cannot proceed any further. In the interest of justice, plaintiff will be provided with one <u>final opportunity</u> to prosecute this action. Plaintiff is warned that failure to comply with this order may result in the dismissal of this action. Plaintiff is also cautioned that submission of an incomplete in forma pauperis application may also result in dismissal.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within 30 days from the date of this order, the full filing fees for this action or a <u>completed</u> application for leave to proceed in forma pauperis <u>on the form provided by the Clerk of Court</u>;

2. Any application for leave to proceed in forma pauperis submitted to the court <u>must be accompanied by a certified copy of plaintiff's prison/jail trust account statement</u>; and

/ / /

/ / /

/ / /

2

3. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

DATED: November 28, 2005.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Craig M. Kellison
　　　　　　　　　　　　　　　　　　　　　　　**CRAIG M. KELLISON**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE