IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. URSINO, | No. CIV S-05-1815-FCD-CMK-P |
|     Plaintiff, | |
|   vs. | ORDER |
| PERRY RENIFF, | |
|     Defendant. | |
| _____/ | |

       Plaintiff, an inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. On November 29, 2005, the court issued an order regarding fee status in this case. Specifically, the court directed plaintiff to pay the full filing fees for this action or submit an application to proceed in forma pauperis within 30 days. In light of problems with prior in forma pauperis applications submitted in this case, the court's November 29, 2005, order provided plaintiff with the specific requirements for presenting the court with a proper in forma pauperis application.

       The court's records reflect that the November 29, 2005, order was returned as undeliverable on December 5, 2005. On that same day, plaintiff filed with this court a notice of change of address. To the extent plaintiff never received the November 29, 2005, order because

of his change of address, and in the interest of justice, the court will direct that the November 29, 2005, order be reserved on plaintiff. Plaintiff will be granted additional time to comply. Finally, plaintiff is again warned that failure to comply may result in the dismissal of this action for lack of prosecution and failure to comply with court orders and rules. See Local Rule 11-110.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to reserve the November 29, 2005, order (Doc. 18) on plaintiff at his new address of record;

2. Plaintiff shall submit, within 30 days from the date of this order, the full filing fees for this action or a completed application for leave to proceed in forma pauperis on the form provided by the Clerk of the Court;

3. Any application for leave to proceed in forma pauperis submitted to the court must be accompanied by a certified copy of plaintiff's prison/jail trust account statement; and

4. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

DATED: December 8, 2005.

*Craig M. Kellison*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE