IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. URSINO, | No. CIV S-05-1815-FCD-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| PERRY RENIFF, | |
| Defendant. | |
| _____/ | |

    Plaintiff, an inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. On November 29, 2005, the court issued an order regarding fee status in this case. Specifically, the court directed plaintiff to pay the full filing fees for this action or submit an application to proceed in forma pauperis within 30 days. In light of problems with prior in forma pauperis applications submitted in this case, the court's November 29, 2005, order provided plaintiff with the specific requirements for presenting the court with a proper in forma pauperis application.

    The court's records reflect that the November 29, 2005, order was returned as undeliverable on December 5, 2005. On December 13, 2005, the court directed re-service of the November 29, 2005, order and granted plaintiff 30 additional days to comply. Despite repeated

1  warnings that this action could be dismissed pursuant to Eastern District of California Local Rule
2  11-110 as a sanction for non-compliance, plaintiff failed to comply and, on February 23, 2006,
3  the court issued findings and recommendations that this action be dismissed.  The findings and
4  recommendations were served on plaintiff at his most current address of record, as shown in his
5  February 22, 2006, notice of change of address.  Plaintiff filed objections to the findings and
6  recommendations on March 6, 2006.

7  　　　　　　　In his objections, plaintiff states that he is currently living with a group of
8  mentally challenged individuals and that he needs additional time to comply with the court's
9  order regarding fees.  In the interest of justice, the court will vacate the February 22, 2006,
10 findings and recommendations and provide plaintiff an additional opportunity to comply.

11 　　　　　　　As with plaintiff's October 12, 2005, application, the current application to
12 proceed in forma pauperis does not contain a certified copy of plaintiff's prison/jail trust account
13 statement.  Pursuant to 28 U.S.C. § 1915(a)(2), any prisoner seeking leave to proceed in forma
14 pauperis ". . . shall submit a certified copy of the trust fund account statement (or institutional
15 equivalent) for the prisoner for the 6-month period immediately preceding the fling of the
16 complaint . . ."  Until plaintiff either pays the statutory filing fee or submits an application to
17 proceed in forma pauperis <u>which satisfies this requirement</u>, this action cannot proceed any
18 further.  Once again, plaintiff is cautioned that failure to fully comply may result in dismissal.
19 <u>See</u> Local Rule 11-110.

20 　　　　　　　Accordingly, IT IS HEREBY ORDERED that:

21 　　　　　　1.   The findings and recommendations issued on February 23, 2006, are
22 vacated;

23 　　　　　　2.   Plaintiff shall submit, within 30 days from the date of this order, the full
24 filing fees for this action or a <u>completed</u> application for leave to proceed in forma pauperis <u>on</u>
25 <u>the form provided by the Clerk of Court</u>;

26 / / /

3.  Any application for leave to proceed in forma pauperis submitted to the court <u>must be accompanied by a certified copy of plaintiff's prison/jail trust account statement;</u> and

4.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

DATED:  April 5, 2006.

　　　　　　　　　　　　　　　　　　　　　　　　／s／ Craig M. Kellison
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE