IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES M. URSINO,                                       No. CIV S-05-1815-FCD-CMK-P

      Plaintiff,

  vs.                                                                  ORDER

PERRY RENIFF,

      Defendant.

_____/

        Plaintiff, an inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. On November 29, 2005, the court issued an order regarding fee status in this case. Specifically, the court directed plaintiff to pay the full filing fees for this action or submit an application to proceed in forma pauperis within 30 days. In light of problems with prior in forma pauperis applications submitted in this case, the court's November 29, 2005, order provided plaintiff with the specific requirements for presenting the court with a proper in forma pauperis application. In particular, pursuant to 28 U.S.C. § 1915(a)(2), any prisoner seeking leave to proceed in forma pauperis ". . . shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . ." On April 6, 2006, the court granted plaintiff an

additional 30-day opportunity to satisfy this requirement.

On April 25, 2006, plaintiff filed a document apparently seeking additional time to comply. The request will be granted. Until plaintiff either pays the statutory filing fee or submits a complete application to proceed in forma pauperis, this action cannot proceed any further. Once again, plaintiff is cautioned that failure to fully comply may result in dismissal. See Local Rule 11-110.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for an extension of time (Doc. 27) is granted;

2. Plaintiff shall submit, within 30 days from the date of this order, the full filing fees for this action or a completed application for leave to proceed in forma pauperis on the form provided by the Clerk of Court;

3. Any application for leave to proceed in forma pauperis submitted to the court must be accompanied by a certified copy of plaintiff's prison/jail trust account statement; and

4. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

DATED: May 3, 2006.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE